UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOUIS NAVARRO,<br><br>           Petitioner,<br><br>     v.<br><br>W. J. SULLIVAN,<br><br>           Respondent. | CASE NO. CV 07-1593-DDP (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:    April 7, 2010.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r25.wpd